■ JOHN ANSELMO et al., Appellants, v ENGINEER'S COUNTRY CLUB, INC., Respondent. [669 NYS2d 1017] —Appeal by the plaintiffs from an order of the Supreme Court, Nassau County (Driscoll, J.), dated January 31, 1997.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Driscoll at the Supreme Court. Mangano, P. J., Miller, Pizzuto and Krausman, JJ., concur.